AMENDMENT #3
TO
LORSTAN PHARMACEUTICAL, LLC

## OPERATING AGREEMENT

**THIS AMENDMENT TO OPERATING AGREEMENT** is made and entered into as of May 9, 2019, by Lorstan Pharmaceutical, LLC, a Delaware limited liability company with offices at 10773 NW 58th Street, Suite 751, Doral, FL 33178 ("Lorstan") and the undersigned.

### WITNESSETH:

WHEREAS, the Manager wishes to modify certain terms of the Operating Agreement to reflect the agreement of the members; and

WHEREAS the Managers and the Members have approved this amendment.

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, and the mutual promises contained herein, the parties hereto agree to amend their understandings as follows:

1.   Section 17.1(a) is deleted in its entirety.

2.   The Operating Agreement, as amended, is otherwise confirmed.

**IN WITNESS WHEREOF**, we have hereunto set our hands and seals on the date set forth beside our names.

Victor Loria 5-9-19
_____
Dr. Victor Loria, Manager and Member

5/9/19
_____
John Stanise, Manager and Member

NY\53611154.1