THE LAW OFFICES OF
# NEAL BRICKMAN, P.C.
420 LEXINGTON AVENUE, SUITE 2440
NEW YORK, NEW YORK 10170

| | |
|---|---|
| NEAL BRICKMAN | **TELEPHONE:** |
| JUDITH L. GOLDSBOROUGH | **(212) 986-6840** |
| ETHAN Y. LEONARD | |
| VIRIGNIA A. REILLY | **TELECOPIER:** |
| JASON A. STEWART | **(212) 986-7691** |

<u>*Via ECF*</u>
Hon. Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square, Room 415
New York, New York 10007

April 24, 2020

**Re:** *Stanise v. Loria*
    **Civ. No. 20-CV-02769(VSB)**

Dear Judge Broderick:

      Please allow this letter to serve as a motion seeking a request for an extension of time for the Defendant to Answer. My office represents the Plaintiff in this action. Following the service of the Complaint, Defendant, who is currently acting *pro se*, requested an extension of time to Answer to consider proposed settlement terms and/or to otherwise seek counsel to prepare a response to the pleadings. Accordingly, we prepared the accompanying stipulation and it was agreed that the Defendant's time to Answer, subject to this Court's approval, would thereby be extended to May 15, 2020. The Summons and Complaint having been served on April 8, 2020, Defendant's time to Answer was initially set for April 29, 2020. We are now making this request, the first such request, for an extension of time for Defendant to be able to answer on or before May 15, 2020. This request is made with the consent of both sides. Thank you for your attention to this matter.

                              Very Truly Yours,

                              /s/ Jason A. Stewart_____
                              Jason A. Stewart (JS4602)
                              Neal Brickman (NB0874)

cc:

Victor Loria
3625 NW 82 Avenue, Suite 402
Miami, FL 33166