UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOHN STANICE,

                        Plaintiff,

                                                                    Case No. 20--CV--02769 (VSB)

            -against-

VICTOR LORIA

                        Defendant.
-----------------------------------------------------------------X

### STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT OR OTHERWISE RESPOND

Plaintiff by and through his undersigned attorney and Defendant, Victor Loria, *pro se*, hereby stipulate and agree to extend the time for Defendant to answer, move or otherwise respond to Plaintiff's complaint as provided for herein:

1. On April 3, 2020, Plaintiff filed a Complaint against Defendant.

2. The Summons was issued by the Clerk's Office on April 7, 2020.

3. Defendant does not challenge personal jurisdiction and waives any objection to service of process of the Complaint in this adversary proceeding, by accepting service on April 8, 2020.

4. Defendant does not waive any other defenses, objections or challenges which it may bring in this action other than as expressly stated in the previous paragraph.

**WHEREFORE**, the parties agree that the time by which Defendant Victor Loria is required to answer, move or otherwise respond to the Complaint is hereby extended through and including May 15, 2020.

Dated: New York, New York
      April 16, 2020

| | |
|---|---|
| **The Law Offices of Neal Brickman, P.C.**<br>*Attorneys for Plaintiff* | ***Defendant, Pro Se*** |
| __/s/ Jason A. Stewart__<br>Jason A. Stewart, Esq.<br>420 Lexington Avenue, Suite 2440<br>New York, New York 10170<br>T: (212) 986-6840<br>E: jason@brickmanlaw.com | _____<br>Victor Loria<br>3625 NW 82 Avenue, Suite 402<br>Miami, Florida 33166<br>T: (786)-409-5911<br>E: info@loriamedical.com |

**SO ORDERED:**

_____
HON VERNON S. BRODERICK
United States District Court Judge