**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOHN STANISE, | CASE No.: 1:20-cv-02769-VSB |
|                  Plaintiffs, | |
|    v. | |
| VICTOR LORIA, | |
|                  Defendant. | |

## DEFENDANT VICTOR LORIA'S
## NOTICE OF MOTION TO TRANSFER VENUE

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Declaration of Victor Loria, and all the pleadings and proceedings herein, Defendant Victor Loria ("Movant"), through the undersigned counsel, will move this Court before the Honorable Vernon S. Broderick at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, at a date and time as the Court may direct, for an order transferring this matter to the United States District Court for the Southern District of Florida.

PLEASE TAKE FURTHER NOTICE that any opposition  papers must be served within 14 days of service of the moving papers, and any reply papers shall be served within 7 days of service of the opposition papers, pursuant to F.R.C.P. 6 and Local Rule 6.1.

1

Dated: New York, New York
         May 4, 2020

Respectfully submitted,

By: _s/ Robert A. Magnanini_
Robert A. Magnanini
**STONE & MAGNANINI LLP**
100 Connell Drive, Suite 2200
Berkeley Heights, NJ 07922
(973) 218-1111
rmagnanini@stonemagnalaw.com
_Attorneys for Defendant Victor Loria_

## **DECLARATION OF SERVICE**

I hereby certify that on this date, I caused to be served on all counsel of record, electronically via the Court's electronic filing system, a true and correct copy of the foregoing, Defendant's Motion to Transfer Venue.

Dated: New York, New York
      May 4, 2020

                                    Respectfully submitted,

                                    By: *s/ Robert A. Magnanini*
                                    Robert A. Magnanini
                                    **STONE & MAGNANINI LLP**
                                    100 Connell Drive, Suite 2200
                                    Berkeley Heights, NJ 07922
                                    (973) 218-1111
                                    rmagnanini@stonemagnalaw.com

                                    *Attorneys for Defendant Victor Loria*