```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOHN STANISE,                                               :
                                                            :
                          Plaintiff,                        :
                                                            :       20-CV-2769 (VSB)
            -against-                                       :
                                                            :            ORDER
VICTOR LORIA,                                               :
                                                            :
                          Defendant.                        :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2020

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of Defendant Victor Loria's (1) motion to transfer venue, (Doc. 12), and (2) application for a temporary restraining order and preliminary injunction against Plaintiff John Stanise pursuant to Federal Rule of Civil Procedure 65(a) and (b), (Doc. 13). To the extent Defendant's request for a temporary restraining order was meant to request such relief without permitting Plaintiff to respond, I decline to entertain the application without giving Plaintiff the opportunity to respond. I would be prepared to hold a telephonic conference relating to Defendant's motions as soon as Friday May 8, 2020, at 3:00 p.m. or as soon thereafter as the parties agree. Accordingly, it is hereby:

      ORDERED that by the close of business on May 6, 2020, the parties shall meet and confer on a briefing schedule for Defendant's motions and provide the Court with a joint letter setting forth that briefing schedule along with dates on which the parties would be available for a telephonic hearing on the motions.

SO ORDERED.

Dated: May 5, 2020
      New York, New York

_____
Vernon S. Broderick
United States District Judge