```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
       :
JOHN STANISE,       :
       :
             Plaintiff,   :
       :      20-CV-2769 (VSB)
    -against-       :
       :      **ORDER**
VICTOR LORIA,       :
       :
             Defendant.  :
       :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      On May 5, 2020, I directed the parties to meet and confer and submit a joint letter setting forth a briefing schedule and available dates for a hearing in connection with Defendant's motion to transfer venue and motion for a temporary restraining order and preliminary injunction ("Defendant's Motions"). (Doc. 14.) On May 6, 2020, the parties submitted separate letters stating that they could not come to an agreement and setting forth their respective proposed briefing schedules. (Docs. 15, 16.) Because Defendant has not provided a compelling reason why his application should be heard on more accelerated schedule than the one set forth in his moving papers, and because it serves the interests of judicial economy and efficiency to consolidate the motions together, it is hereby:

      ORDERED that the parties shall proceed according to the briefing schedule proposed by Plaintiff, as follows:

- By May 19, 2020, Plaintiff shall submit his opposition to Defendant's Motions along with his proposed cross-motion for a temporary restraining order and a preliminary injunction.

- By May 26, 2020, Defendant shall submit any reply in further support of his Motions along with his opposition to Plaintiff's cross-motion.

- By June 2, 2020, Plaintiff shall submit any reply in further support of his cross-motion.

IT IS FURTHER ORDERED that the parties shall appear for a telephonic hearing on all pending motions on June 10, 2020, at 3:00 p.m.

IT IS FURTHER ORDERED that the parties shall take care to adhere in the future to all instructions and orders of this Court.

SO ORDERED.

Dated: May 7, 2020
New York, New York

Vernon S. Broderick
United States District Judge