# EXHIBIT C

Attorney Docket No. ▓▓▓▓▓▓

# ASSIGNMENT

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, I/we the undersigned hereby sell, assign and transfer to:

Name: Lorstan Pharmaceutical, LLC
Address: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

its successors, assigns and legal representatives, all hereinafter referred to as the Assignee, my/our whole and entire right, title and interest, in and throughout the United States, its territories and all countries foreign thereto, in and to any and all invention(s) which are disclosed in the following Application:

U.S. Patent Application Serial No.: ▓▓▓▓▓▓
Title: SILICONE OIL-IN-WATER COMPOSITION USEFUL AS AN INJECTABLE FILLER AND AS A SCAFFOLD FOR COLLAGEN GROWTH
Filed: January 12, 2017
Attorney Docket No: ▓▓▓▓▓▓

and any improvements thereon which I/we make, conceive or acquire during the course of my/our association with Assignee, and for one year thereafter, and in and to said Application and any and all Letters Patent and extensions thereof of the United States and countries foreign thereto which have been or may be granted on said invention(s) or any part thereof, or any improvements thereon or on said Application, or any divisional, continuing, renewal, reissue, or other application and all international priority rights associated therewith, based in whole or in part thereon, or based upon said invention(s), or any improvements thereon.

I/We agree that said Assignee may apply for and receive Letters Patent for said invention(s) in its own name; and when requested, without charge to, but at the expense of said Assignee, I/we agree to carry out in good faith the intent and purpose of this assignment by executing all divisional, continuing, substitute, renewal, reissue, and all other patent applications on any and all said invention(s), by executing all rightful oaths, assignments, powers of attorney and other papers, by communicating to said Assignee all facts known to me/us relating to said invention(s) and the history thereof, and generally by doing everything possible which said Assignee shall consider desirable for aiding in securing and maintaining proper patent protection for said invention(s) and for vesting title to said invention(s) and all applications for patents and all patents on said invention(s), in said Assignee.

I/We hereby request the Honorable Commissioner of Patents and Trademarks to issue said Letters Patent to said Assignee.

I/We covenant with said Assignee that no assignment, grant, mortgage, license or other agreement affecting the rights and property herein conveyed has been, or will be, made to others by me/us, and that full right to convey the same as herein expressed is possessed by me/us.

I/We hereby authorize said Assignee to insert on this Assignment the serial number and filing date of the above-identified application when they become available.

Attorney Docket No. ▮▮▮▮▮

IN WITNESS WHEREOF, having read the aforesaid Assignment and intending to be legally bound thereby, I have hereunto affixed my hand and seal on this

_5_ day of _January_, _2017_
(day)    (month)              (year)

Name: Victor LORIA
Address: ▮▮▮▮▮

STATE/COMMONWEALTH OF _Florida_  :
                                                                SS :
COUNTY OF _Miami-Dade_                :

Before me, a notary public, in and for the State/Commonwealth and County aforesaid, on this

_5_ day of _January_, _2017_
(day)    (month)              (year)

personally appeared _____ Victor Loria _____

who being to me personally known, and who having first executed the foregoing instrument in my presence and having been by me first duly sworn, did acknowledge the foregoing instrument as his/her free deed and act, signed, sealed and delivered by him/her for the purpose therein stated and intending to be legally bound thereby and intending that said instrument be recorded.

_[signature]_ (SEAL)
NOTARY PUBLIC

JASMINE V. BURKHOLDER
MY COMMISSION # FF 101446
EXPIRES: April 26, 2018
Bonded Thru Budget Notary Services

My Commission Expires: _8/26/2018_