# EXHIBIT E

**From:** John Stanise <john.stanise@Lorstan.com>
**Sent:** Thursday, April 23, 2020 7:51 PM
**To:** Loria Medical <info@loriamedical.com>
**Cc:** Neal Brickman <Neal@brickmanlaw.com>; Nicole Langer <nicole.langer@lorstan.com>
**Subject:** RE: JOHN STANISE: DR LORIA FINAL REQUEST FOR KEYS AND CODES TO THE LABS and more....
4-23-20 7:16PM EST

Dr. Loria,

If you recall from your email below, you denied providing Erin the support she required.

At my direction, and with Erin's assistance, we conducted our own due diligence to confirm the requirements for 797 compliance.  Erin, who has experience of her own, did extensive research and worked directly with a national expert to obtain the specific guidelines for her/our licensees' compliance.

Resultantly, from Erin's past work with Miguel, it appears there are additional requirements that are not included in your currently recommended protocol.  These requirement are prerequisites for sterile compounding.  This of course, is in addition to all of the daily requirements.

Erin has ordered the necessary equipment for maximum compliance so that our licensees can compound in the proper environment.

At this point, I will no longer need your assistance with 797 matters.  Further, I would be happy to share our findings with you on one of our future calls.

If any of the licensees need product, they should contact me directly to make arrangements.

John

**John Stanise, CPA**
*Chief Executive Officer*
*Lorstan Pharmaceutical, LLC*
*5 River Road, Suite 211*
*Wilton, CT  06897*
*Cell: (203) 536-9407*
john.stanise@lorstan.com

CONFIDENTIALITY NOTICE: This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this e-mail in error, please delete it from your system.

**From:** John Stanise
**Sent:** Monday, April 27, 2020 2:24 PM
**To:** 'Loria Medical (info@loriamedical.com)' <info@loriamedical.com>
**Cc:** Neal Brickman <Neal@brickmanlaw.com>
**Subject:** RE: JOHN STANISE: DR LORIA FINAL REQUEST FOR KEYS AND CODES TO THE LABS and more....
4-23-20 8:47PM EST

Dr. Loria,

Regardless if you invented the formula or not, the patent is an asset of Lorstan, and has no bearing on
pharmacy compliance matters.

You refused to provide the pharmacist necessary information because I would not succumb to your
demands to open additional Loria Medical offices.  Of course, this fact is corroborated.

Under California pharmacy law, and as confirmed by our California pharmacy attorney who is personally
known to the California Board of Pharmacy, I as a CEO, a CPA, or as an average citizen, can own and/or
manage a pharmacy of any kind as long as I employ, as an employee or contractor, qualified individuals
to fulfil state law requirements.  It is their confirmation that dictates compliance, not mine or yours.

I have two licensed California pharmacists to handle such matters for me.  Erin, who you trained to
compound, and another California licensed pharmacist who is a nationally recognized 797 expert.  This
individual is also personally known to the California Board of Pharmacy and is recommended by them to
help others with 797 compliance issues.  He has provided us the 797 guidance you refused to help Erin
with.   You must have misunderstood my prior emails as there has been no changes to the compounding
process.

It is my responsibility to make sure our licensees have a qualified lab for their compounding.  As stated
above, I am well within my rights to hire and manage qualified individuals to do so.

As long as you persist in your attempts to sabotage Lorstan, I will take on all necessary duties, under the
law, to advance the company's business plan.

John

**John Stanise, CPA**
*Chief Executive Officer*
*Lorstan Pharmaceutical, LLC*
*5 River Road, Suite 211*
*Wilton, CT  06897*
*Cell: (203) 536-9407*
john.stanise@lorstan.com

CONFIDENTIALITY NOTICE: This e-mail and any files transmitted with it are confidential and intended solely for the
use of the individual or entity to whom they are addressed. If you have received this e-mail in error, please delete it
from your system.

**From:** John Stanise
**Sent:** Tuesday, April 28, 2020 8:10 PM
**To:** 'Loria Medical (info@loriamedical.com)' <info@loriamedical.com>
**Cc:** Neal Brickman <Neal@brickmanlaw.com>
**Subject:** pharmacy matters

Dr. Loria

I hope the info that I sent you yesterday was helpful.  It was intended to provide you the same information I have in making decisions that benefit Lorstan and its licensees.

You and I, regardless of our positions, are not the decision makers of whether the labs are in 797 compliance.  That task is left to the licensed professionals and provides us assurances that all required rules are followed.

For our business model, our pharmacist does not compound for Lorstan (other than to hone skills and to test product samples).  She compounds under the auspices of our licensee doctors' medical licenses and for CA pharmacy law purposes this does not constitute "practicing pharmacy".

As we discussed at the beginning of this lab project, and also under CA pharmacy law, any technician can compound for a doctor as long as that doctor approves of that individual's skills.  Though not required, we chose to train a licensed pharmacist for our own benefit and the benefit of our licensees.

We now have licensees that would like to have product compounded and I would like us to move forward together to do so.  If you want speak with Erin about this, I would only ask that you keep it respectful and professional with her.  She is a great asset for us.

Also, as I said yesterday, you may have misunderstood an earlier email, as there has been no changes in our compounding process.

Please let me know if you want this phone call arranged.

Regardless of any past differences that we may have had, I look forward to resolving all of our issues.

John

**John Stanise, CPA**
*Chief Executive Officer*
*Lorstan Pharmaceutical, LLC*
*5 River Road, Suite 211*
*Wilton, CT  06897*
*Cell: (203) 536-9407*
john.stanise@lorstan.com

CONFIDENTIALITY NOTICE: This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this e-mail in error, please delete it from your system.