# EXHIBIT F

**From:** Loria Medical <info@loriamedical.com>
**Sent:** Tuesday, January 21, 2020 7:17 AM
**To:** John Stanise <john.stanise@Lorstan.com>
**Subject:** JOHN STANISE: DR LORIA AND LORSTAN FUTURE

Good Morning John,

There will be very infrequent direct communications, and this is one of them….

It has become quite evident that the amount of investor money needed to free my time to monitor the newly trained doctors will simply not arrive on time.

Dr Loria will not be able to train additional doctors *without this investment*… running a full time practice and now needing to monitor the current 4 Physicians and now, 1 PA… will be difficult as it is.

No Time for Dr Loria = No Additional Lorstan Expansion.

To assist with moving Lorstan forward, Dr Loria *will consider* the following 'self-funding' project, so my proposal and plan is this:

- **Lorstan Lab expansion** to *Florida* and *New York*…..This will allow for Florida and NY physicians to train and expand Lorstan to two additional states.
    - **Miami Lab is operational** – Lorstan will pay the customary room rent, equipment rent, and labor…. and now can supply doctors in the state of Florida until Jacksonville is up and running.
    - **Huntington Lab** needs to be built out which you will do…. but will be a smaller lab, 1-2 rooms and highly efficient. (already has autoclaves and lab for Hair Transplant area…so no need for redundancy).
        - ➢ **Note: Lorstan Huntington NY Lab** will compound for Loria Medical at the Huntington office location, and the new doctor I will be training soon, **Dr Stoller, Manhattan Plastic Surgeon**, who will be visiting my Miami office in 1-2 weeks.

- **Dr Loria self-funding project:**
    - **Loria Medical will expand** *up to 10 locations*, as needed….the new office in Huntington NY, and 9 other future locations.
    - Dr Loria will receive a **discounted Lorstan IP rate**…. $5,000 purchases 10 units plus 5 free, $15,000 purchases 30 units plus 30 free. (excluding Miami of course).

- **How will all of this help?**
    - This will generate additional funds for **Loria Medical** and provide Dr Loria some additional *time needed to expand Lorstan and provide  'Physician training, monitoring, and oversight.'*
    - I can *start* training **NY** and **Florida** Physicians for Lorstan IP sales.
    - This will generate **Lorstan IP revenue from Loria Medical (Huntington NY office), Dr Stoller Manhattan,** and any additional Physicians in the states of Florida and New York.

Now, if you expect this Investment money soon, then I have *no need* for this plan (nor do I really want to do this), but if no investment money is on the horizon…. we have no other choice.
Dr Loria

**From:** Loria Medical <info@loriamedical.com>
**Sent:** Thursday, January 30, 2020 8:23 AM
**To:** John Stanise <john.stanise@Lorstan.com>
**Subject:** JOHN STANISE: DR LORIA Continued Concerns ....1-30-20 8:22am
**Importance:** High

John,

I will expect you to ***voluntarily change the contract*** with terminology of allowing Dr Loria and Loria Medical to expand his practice with the purpose of preventing income losses and harm to his practice and livelihood due to Lorstan competition and no funding....which you know is occurring. .

If I do not receive this by end of day (not your 'end of day' which means weeks to months)....no..... I mean by **5pm today** there will be serious changes
to our relationship and the future of Lorstan.

Dr Loria

**From:** Loria Medical <info@loriamedical.com>
**Sent:** Sunday, February 2, 2020 3:41 AM
**To:** John Stanise <john.stanise@Lorstan.com>
**Subject:** JOHN STANISE: DR LORIA AND ERIN ASSISTANCE

John,

While we work-out our differences with the current contractual relationship, Erin has requested some
technical assistance.

Erin will receive no support *until you make a decision.*

As you have known for over 2-years now, I have not had paid Lorstan staff, as you have (or had).

I refuse to continue with personally paying for my Lorstan support staff while I pay for 70% your support
staff… not fair and abusive (and you have known
this for quite some time and have done nothing about this).

As you know, from a prior email, that  I no longer agree nor am I willing to pay your Lorstan  support
staff, and, as was already mentioned, you will need to personally pay,
like I have been doing for 2-years now,  for any support staff you want or need.

I am certain that you will not mind paying for your Lorstan support staff like I have been doing …right?
You certainly have not been overly concerned about
me paying for my Lorstan support staff personally…. no issues there.

Let me know how you would like to proceed.

Dr Loria

**From:** Loria Medical <info@loriamedical.com>
**Sent:** Monday, February 3, 2020 6:16 AM
**To:** John Stanise <john.stanise@Lorstan.com>
**Subject:** JOHN STANISE: DR MALIK TRAINNIG TODAY - NO GO
**Importance:** High

John,

You have not responded to my emails..

Dr Malik is present and *I will not train him until you respond.*

You were notified last week about this situation and did nothing about it, absolutely nothing to notify Dr Malik (Your Responsibility)……

Your cavalier attitude has now caused more damage to my practice.

**If you do not respond by 7am his training will be cancelled for today.**

The **$2000 fee** that was supposed to be collected from Dr Malik to pay Loria Medical will be **YOUR responsibility** – NOT LORSTAN (or at least not my 70% portion).

Any loss of income incurred by Dr Malik, including travel expenses, etc/, will be **YOUR responsibility** – NOT LORSTAN (or at least not my 70% portion).

Dr Loria