# EXHIBIT G

**From:** Loria Medical <info@loriamedical.com>
**Sent:** Saturday, March 21, 2020 5:05 AM
**To:** alex roher <aroher@gmail.com>
**Cc:** John Stanise <john.stanise@Lorstan.com>
**Subject:** DR ROHER: DR LORIA & LORIA MEDICAL EXPANSION WITH MARKETING CONCEPTS....

Good Morning Alex,

Great to hear back from you.

I will let you know when the marketing has been established and ready to run.

I want to discuss also the other aspect of running your Male Enhancement practice under the Loria Medical name…. will accelerate the growth of the practice significantly.

To make this happen I will become a 'Lorstan Physician' as well, signing the very same contract you signed… so this allows for you and I to be associated without contract issues/conflicts.

My goal is to train a few doctors, set them up at various locations in the state of California, and you and I manage them. I just received my California License, so this will help.

You will maintain your own private office just as I do, and expand throughout the state.

Let's consider this scenario… will be discussing this with you in the future…….I would rather have you and I manage the newly trained salaried Physicians and benefit than
train more independent California Physicians creating competition.

Dr Loria

**From:** alex roher <aroher@gmail.com>
**Sent:** Saturday, March 21, 2020 3:11 AM
**To:** Loria Medical <info@loriamedical.com>
**Cc:** John Stanise <john.stanise@Lorstan.com>
**Subject:** Re: MALE ENHANCEMENT INJECTORS - DR LORIA FOLLOW UP AND FUTURE PLANS.

Good to hear from you, friend.  Here is a brief bio

Dr. Alex Roher, M.D. is a board certified anesthesiologist with over 10 years experience.  In 2013 he started a cosmetic practice in San Diego, California and as it has grown, he has focused more and more on it and less on anesthesia.  He is particularly recognized for his use of injectables (Botox and dermal fillers). Because of his reputation in facial aesthetics, Dr. Loria chose him to be the first physician he taught his penis enhancement procedure to.  Dr. Roher is thrilled to bring Dr. Loria's procedure to the west coast.

On Wed, Mar 18, 2020 at 7:15 AM Loria Medical <info@loriamedical.com> wrote:

Good Morning to all,

It has been some time speaking to all of you since we all have completed our initial Permanent Injection Filler Training.

I reaching out to introduce a **marketing concept** to all that are with us now, and all future Male Enhancement Doctors….and that concept is **National Cooperative Marketing**.

I would like all of us to get together and take advantage of **National marketing, with its reach and cost benefits.** There are certain **Social Media, TV, etc,** venues we can use to market nationally and be

have great reach and be extremely **cost effective**.

For example, certain social media apps may charge **$20,000 just to send out a single text**. Now, I have done this, and have spent $20,000 on a single text… and the result?

….the incoming calls were very high…. and this is good, however, the response was NOT optimal because those on the west coast, for example, are not willing to fly to Miami (in the far majority of cases) did not call…

…so imagine if we ran this AD and they saw, for example, **Dr Roher in San Diego**… well all of those interested patients would be *ringing his phone*… **and that is the point…** I

'wasted' good marketing dollars because I do not have a physical location 'everywhere'.

What I propose to do is set up a company called '**Loria Marketing Corporation'**, and this company, now having new employees, will be calling to let you know what and when the next Nationwide Social Media

text is going out, on such and such a day and time for example, …. it will cost $3500 from each of us….. and we make this happen…. ( ….*instead of $20,000…..* it becomes affordable…)

I am setting up this company, NOT because I have an interest in another company *to give me headaches*, **but to benefit all of us on a National level** with very powerful and effective

cooperative marketing.

What is next? I am setting up a **website** and all of us will provide a **brief Bio with contract information to post on this website**. I am also hiring an **answering service** to take all calls and send

all new patient leads to the closest doctor geographically. These new patients will be either *calling in* or *going to the website*… but the ultimate goal is for the new patients to **see all of us throughout the**

**United States.**

My recommendation is for ALL of us to give this a try… **it is a Win-Win for all.**

***Please submit you Bio and Contact information to me directly***…. info@loriamedical.com

I will be using an *easy to remember phone number* and *website domain* such as **1-855- NU- PENIS** for example, and website domain **855NUPENIS.COM**. **This strategy will allow**

**for a person to easily remember our number and website contract info…..** If anyone opposes this somewhat 'aggressive choice of words' approach please let me know.

I will be sending another email regarding the opportunity of not only joining in cooperative ad campaigns, but to also **join me, under my banner/corporation, Loria Medical**, to help increase name recognition and exposure

for all of us. I have a few ideas on how we can join forces and expand more efficiently and rapidly throughout the United States.

Whether one joins under Loria Medical or not, we should all participate in these **National Cooperative Ad campaigns …. it will help us all regardless.**

If there is any communications with my partner, **John Stanise,** *please forward all communications to me so I can be included in those discussions and participate as well.*

If you have any questions please do not hesitate to email or call me directly,

I am looking forward to hearing from you all,

Dr Loria

Cell: 561-779 – 4042

Office: 786-409-5911