# EXHIBIT H

**From:** John Stanise
**Sent:** Thursday, April 23, 2020 2:34 PM
**To:** 'Loria Medical (info@loriamedical.com)' <info@loriamedical.com>
**Cc:** 'nicole.langer@lorstan.com' <nicole.langer@lorstan.com>
**Subject:** Funding request

Dr. Loria,

On my attorney's advice, I have opened a new Lorstan checking account so that I can proceed with normal business operations.

I would appreciate the return of $▮▮▮▮ (the amount taken when you closed the bank account, less what you sent Neal). It is part of the $▮▮ balance I have loaned to the company. Loaned monies are required to be paid before any equity distributions.

In addition, please see attached our typical funding request sheet. It is fully supported by the 2020 accounting recorded sent to Eddie.

We need $▮▮▮▮ to cover outstanding bills and our ongoing operations. Your share of that amount plus the $▮▮▮ is $▮▮▮▮. Please mail a check payable to Lorstan Pharmaceutical LLC, to 5 River Rd. Suite 211, Wilton, CT  06897. Thanks.

Also, the login and password info for the four lab accounts and the new Lorstan operating account is:  Login: ▮▮▮▮▮   Password: ▮▮▮▮▮▮▮

The answers to all of the security questions are: ▮▮▮▮



Eddie was provided this login information back in November. It will allow him access to the new Lorstan checking account.

John


**John Stanise, CPA**
*Chief Executive Officer*
*Lorstan Pharmaceutical, LLC*
*5 River Road, Suite 211*
*Wilton, CT  06897*
*Cell: (203) 536-9407*
john.stanise@lorstan.com

CONFIDENTIALITY NOTICE: This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this e-mail in error, please delete it from your system.

Current available funds (See "Check Detail")

Current bills to pay - AMEX GA lab construction/supplies
Current bills to pay - AMEX Lorstan legal/office
Current bills to pay - trademark filing fees - Caesar Rivise
Current bills to pay - AMEX Lorstan travel expenses
Current bills to pay - AMEX Lorstan computer equipment
Current bills to pay - AMEX Lorstan office & IT expenses/filing fees/ interest on CC
Current bills to pay - AMEX Lorstan testing
Current bills to pay - Lorstan testing
Current bills to pay - Lorstan CC processing
Current bills to pay - Lorstan filing fees
Current bills to pay - Lorstan IT
Current bills to pay - Lorstan legal fees
Current bills to pay - AMEX TX lab construction
Current bills to pay - AMEX CA supplies/equipment/office expenses
Current bills to pay - AMEX FL office expenses

Total current bills to pay

Balance of monthly expenses - April
Monthly expenses - May
Monthly expenses - June
Estimated consulting fees - May through June
Estimated sterile cleaning, travel, meetings, and advisory services through June
Loan from John Stanise to be repaid

Total funds required

Additional Items:
Estimated FL lab equipment & supplies order

Total funds required if including Florida lab

| Date | Payee | Amount | Description |
|---|---|---|---|
| 11/18/2019 | Available funds | | |
| | | | |
| 11/19/2019 | Cesar Veliz | | TX Lab - construction |
| 11/19/2019 | Comcast Corporation | | Joanna COBRA insurance |
| 11/20/2019 | DEPOSIT | | JMS Contrib |
| 11/20/2019 | AMEX | | credit card payment: /$3.5K GA Equipment/ $1.5K FL Const |
| 11/20/2019 | DEPOSIT | | Men's Medical License fees |
| 11/21/2019 | AMEX | | credit card payment: $5K FL Const |
| 11/21/2019 | Cesar Veliz | | TX Lab - construction |
| 11/21/2019 | Joanna Foy | | TX Lab - expense reimbursement |
| 11/23/2019 | AMEX | | credit card payment: $5K FL Const |
| 11/26/2019 | DEPOSIT | | DR Contrib |
| 11/26/2019 | DEPOSIT | | Elysian Plastic Surgery License fees |
| 11/26/2019 | DEPOSIT | | CA Lab rent - Modern Aesthetica |
| 11/26/2019 | DEPOSIT | | Modern Aesthetica License fees |
| 11/27/2019 | AMEX | | credit card payment: $5K Lorstan office/travel |
| 11/27/2019 | Cesar Veliz | | TX Lab - construction |
| 12/2/2019 | Compounding Consultants & Staffing, LLC | | CA Pharmacist |
| 12/2/2019 | John Stanise | | expense reimbursement |
| 12/2/2019 | John Stanise | | expense reimbursement |
| 12/6/2019 | Joanna Foy | | payroll |
| 12/6/2019 | Nicole Langer | | payroll |
| 12/11/2019 | AMEX | | credit card payment: $33.5K TX Const |
| 12/11/2019 | AMEX | | credit card payment: /$9K TX Const/ $1K CA office |
| 12/11/2019 | Joanna Foy | | expense reimbursement |
| 12/12/2019 | AMEX | | credit card payment: $1K Lorstan office/travel |
| 12/13/2019 | GA DRS | | payroll taxes |
| 12/13/2019 | EFTPS | | payroll taxes |
| 12/13/2019 | CT DRS | | payroll taxes |
| 12/13/2019 | Joanna Foy | | Christmas bonus |
| 12/13/2019 | Nicole Langer | | Christmas bonus |
| 12/16/2019 | Comcast Corporation | | Joanna COBRA insurance |
| 12/20/2019 | Joanna Foy | | payroll |
| 12/20/2019 | Nicole Langer | | payroll |
| 12/24/2019 | AMEX | | credit card payment: /$2K TX Const/ $2.5K FL Const/ $500 GA office |
| 12/24/2019 | DEPOSIT | | DR Contrib |
| 12/30/2020 | DEPOSIT | | JMS Contrib |
| 1/3/2020 | Joanna Foy | | payroll |
| 1/3/2020 | Nicole Langer | | payroll |
| 1/6/2020 | AMEX | | credit card payment: /$18K TX Const/ $14K Lorstan legal |
| 1/14/2020 | GA DRS | | payroll taxes |
| 1/14/2020 | EFTPS | | payroll taxes |
| 1/14/2020 | CT DRS | | payroll taxes |
| 1/17/2020 | Joanna Foy | | payroll |
| 1/17/2020 | Nicole Langer | | payroll |
| 1/22/2020 | Comcast Corporation | | Joanna COBRA insurance |
| 1/30/2020 | EFTPS | | payroll taxes |
| 1/31/2020 | Joanna Foy | | payroll |
| 1/31/2020 | Nicole Langer | | payroll |
| 1/31/2020 | AMEX | | credit card payment: /$4.5K Lorstan legal/office/ $2.5K TX Const/$10K GA Const |
| 1/31/2020 | John Stanise | | expense reimbursement |
| 1/31/2020 | Compounding Consultants & Staffing, LLC | | CA Pharmacist |
| 2/10/2020 | DEPOSIT | | JMS Loan |
| 2/14/2020 | Joanna Foy | | payroll |
| 2/14/2020 | Nicole Langer | | payroll |
| 2/14/2020 | GA DRS | | payroll taxes |
| 2/14/2020 | EFTPS | | payroll taxes |
| 2/14/2020 | CT DRS | | payroll taxes |
| 2/18/2020 | Nicole Langer | | expense reimbursement |
| 2/18/2020 | John Stanise | | expense reimbursement |
| 2/21/2020 | Comcast Corporation | | Joanna COBRA insurance |
| 2/26/2020 | DEPOSIT | | JMS Loan |
| 2/28/2020 | Joanna Foy | | payroll |
| 2/28/2020 | Nicole Langer | | payroll |
| 2/28/2020 | Compounding Consultants & Staffing, LLC | | CA Pharmacist |
| 3/9/2020 | Compounding Consultants & Staffing, LLC | | CA Pharmacist |
| 3/13/2020 | Joanna Foy | | payroll |
| 3/13/2020 | Nicole Langer | | payroll |
| 3/13/2020 | DEPOSIT | | test deposit for CC processing |

| Date | Payee | | Description |
|---|---|---|---|
| 3/16/2020 | DEPOSIT | | Atlanta Innovative License fees |
| 3/16/2020 | GA DRS | | payroll taxes |
| 3/16/2020 | EFTPS | | payroll taxes |
| 3/16/2020 | CT DRS | | payroll taxes |
| 3/16/2020 | Comcast Corporation | | Joanna COBRA insurance |
| 3/16/2020 | AMEX | | credit card payment: $1.5K Lorstan legal |
| 3/16/2020 | 317 Courtland Avenue, LLC | | expense reimbursement |
| 3/27/2020 | Joanna Foy | | payroll |
| 3/27/2020 | Nicole Langer | | payroll |
| 3/30/2020 | WITHDRAWAL | | Dr. Loria closed WF acct |
| 12/11/2019 | AP-Fresno Airport, LLC | | CA Lab - utilities |
| 1/27/2020 | JEA - FL ELECTRIC, WATER & SEW | | FL Lab - utilities |
| 2/10/2020 | Compounding Consultants & Staffing, LLC | | CA Lab - expense reimbursement |
| 3/5/2020 | CHUBB | | CA Lab - insurance |
| 11/21/2019 | DEPOSIT | | GA Lab rent - Men's Medical |
| 11/29/2019 | Whitemarsh Plaza | | GA Lab 2 months rent & trash fee |
| 12/23/2019 | Whitemarsh Plaza | | GA Lab - utilities |
| 12/23/2019 | Whitemarsh Plaza | | GA Lab monthly rent & trash fee |
| 12/26/2019 | John Stanise | | GA Lab - expense reimbursement |
| 1/6/2020 | Georgia Power | | GA Lab - utilities |
| 1/30/2020 | Georgia Power | | GA Lab - utilities |
| 1/31/2020 | Cesar Veliz | | GA Lab - construction costs |
| 1/31/2020 | Whitemarsh Plaza | | GA Lab monthly rent & trash fee |
| 2/10/2020 | Compounding Consultants & Staffing, LLC | | GA Lab - expense reimbursement |
| 2/28/2020 | Whitemarsh Plaza | | GA Lab monthly rent & trash fee |
| 3/18/2020 | Georgia Power | | GA Lab - utilities |
| 4/6/2020 | Whitemarsh Plaza | | GA Lab monthly rent & trash fee |
| 12/2/2019 | Benchmark Asset Services | | FL Lab monthly rent |
| 12/17/2019 | Joanna Foy | | FL Lab - expense reimbursement |
| 12/23/2019 | JEA - FL ELECTRIC, WATER & SEW | | FL Lab - utilities |
| 12/26/2019 | John Stanise | | FL Lab - expense reimbursement |
| 1/4/2020 | Benchmark Asset Services | | FL Lab monthly rent |
| 1/14/2020 | Tooher Ferraris | | FL Lab - insurance |
| 1/14/2020 | Sage Checks and Forms | | FL Lab - office expense |
| 1/27/2020 | JEA - FL ELECTRIC, WATER & SEW | | FL Lab - utilities |
| 2/3/2020 | Benchmark Asset Services | | FL Lab monthly rent |
| 2/28/2020 | JEA - FL ELECTRIC, WATER & SEW | | FL Lab - utilities |
| 3/2/2020 | Benchmark Asset Services | | FL Lab monthly rent |
| 3/16/2020 | Melanie Blank | | FL Lab - filing fees |
| 3/19/2020 | JEA - FL ELECTRIC, WATER & SEW | | FL Lab - utilities |
| 4/5/2020 | Benchmark Asset Services | | FL Lab monthly rent |
| 11/18/2019 | Cesar Veliz | | TX Lab - expense reimbursement |
| 12/2/2019 | Cesar Veliz | | TX Lab - expense reimbursement |
| 12/4/2019 | Joanna Foy | | TX Lab - expense reimbursement |
| 12/9/2019 | TX Circle 182, LLC | | TX Lab monthly rent |
| 12/9/2019 | TX Circle 182, LLC | | TX Lab monthly rent |
| 12/11/2019 | Orange County Medical Sales | | TX Lab - equipment |
| 12/11/2019 | Joanna Foy | | TX Lab - expense reimbursement |
| 12/18/2019 | DEPOSIT | | TX Lab rent - Elysian Plastic Surgery |
| 12/23/2019 | Cesar Veliz | | TX Lab - construction |
| 12/23/2019 | ENGIE | | TX Lab - utilities |
| 1/4/2020 | TX Circle 182, LLC | | TX Lab monthly rent |
| 1/6/2020 | Waste Connections | | TX Lab - trash removal |
| 1/7/2020 | ENGIE | | TX Lab - utilities |
| 1/14/2020 | Sage Checks and Forms | | TX Lab - office expense |
| 1/17/2020 | Legacy Commercial | | TX Lab - construction |
| 1/17/2020 | Atmos Energy | | TX Lab - utilities plus sec. deposit |
| 1/30/2020 | Atmos Energy | | TX Lab - utilities |
| 2/3/2020 | TX Circle 182, LLC | | TX Lab monthly rent |
| 2/3/2020 | Waste Connections | | TX Lab - trash removal |
| 2/27/2020 | Atmos Energy | | TX Lab - utilities |
| 3/2/2020 | TX Circle 182, LLC | | TX Lab monthly rent |
| 3/17/2020 | ENGIE | | TX Lab - utilities |
| 3/18/2020 | Waste Connections | | TX Lab - trash removal |
| 3/18/2020 | ENGIE | | TX Lab - utilities |
| 4/5/2020 | TX Circle 182, LLC | | TX Lab monthly rent |
| 4/5/2020 | DEPOSIT | | JMS Loan |
| 4/5/2020 | DEPOSIT | | JMS Loan |
| 4/7/2020 | DEPOSIT | | JMS Loan |
| 4/10/2020 | Joanna Foy | | payroll |
| 4/10/2020 | Compounding Consultants & Staffing, LLC | | CA Pharmacist |

| Date | Payee | | Description |
|---|---|---|---|
| 4/15/2020 | GA DRS | ▮ | payroll taxes |
| 4/15/2020 | EFTPS | ▮ | payroll taxes |
| 4/15/2020 | CT DRS | ▮ | payroll taxes |
| 4/15/2020 | DEPOSIT | ▮ | JMS Loan |
| 4/20/2020 | DEPOSIT | ▮ | PPP LOAN |
| 4/22/2020 | Comcast Corporation | ▮ | Joanna COBRA insurance |
| 4/23/2020 | GA DRS | ▮ | payroll taxes |
| 4/23/2020 | ADMIN UC | ▮ | payroll taxes |
| 4/23/2020 | Joanna Foy | ▮ | payroll |
| 4/23/2020 | Compounding Consultants & Staffing, LLC | ▮ | CA Pharmacist |
| | | | |
| | **Ending Balance as of 4/23/20** | ▮ | |