UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JOHN STANISE

                      Plaintiff(s),

              20 Civ. 2769 (VSB)

- against -

              CLERK'S CERTIFICATE
VICTOR LORIA             OF DEFAULT

                    Defendant(s),
-----------------------------------------------------------X

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on April 3, 2020 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Victor Loria by personally serving Victor Loria, and proof of service was therefore filed on April 24, 2020, Doc. #(s) 8.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

      May 22, 20 20

                            RUBY J. KRAJICK
                            Clerk of Court

                          By: _____
                            Deputy Clerk