UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

The Law Offices of Neal Brickman, P.C.
*Attorneys for Plaintiff-Respondent John Stanise*
420 Lexington Ave, Ste. 2440
New York, New York 10170
(212) 986-6840 (Telephone)
(212) 986-7691 (Fax)
ATTORNEYS OF RECORD:
    NEAL BRICKMAN, ESQ.
    JASON A. STEWART, ESQ.

---------------------------------------------------------------X
JOHN STANISE,

                Plaintiff,

  Vs.

VICTOR LORIA,

                Defendant.
---------------------------------------------------------------X

**Civil Action No.: 20-cv-2769-VSB**

**ORDER TO SHOW CAUSE**

Upon the Affidavit of Jason a Stewart sworn to the 22nd day May 2020 and the exhibits annexed thereto, and upon all prior papers and proceedings heretofore had herein, it is

**ORDERED** that the above named Defendant show cause before a motion term of this Court, in Courtroom 518 of the United States District Court, Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY on _____, 2020 at _____AM/PM, or as soon thereafter his counsel may be heard, why an order should not be issued pursuant to Rule 54(b) and Rule 55(b) of the Federal Rules of Civil Procedure in favor of plaintiff, John Stanise.

1

**ORDERED** that service of a copy of this order and annexed affidavit and exhibits upon the Defendant, Victor Loria at 3625 NW 82 Avenue, Suite 402, Miami, FL 33166 or their council on or before _____, 2020 shall be deemed good service thereof.

Dated:

_____
Hon. Vernon S. Broderick