UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
J & J Sports Productions, Inc.,

          Plaintiff,   **DEFAULT JUDGMENT**

   - against -

                Case No.: 7:18-cv-02972-VB

Dionicio Ventura, individually and
d/b/a Pollos al Carbon; and Los Gemelos, Inc.,
an unknown business entity d/b/a Pollos al Carbon

          Defendants.
------------------------------------------------------------------X

  This action having been commenced on April 4, 2018 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Dionicio Ventura by substituted service on April 19, 2018 and proof of service was therefore filed on April 26, 2018 [Doc. #9]; and upon defendant, Los Gemelos, Inc. by personal service on the Office of the New York State, Secretary of State on April 9, 2018 and proof of service was therefore filed on April 16, 2018 [Doc. #8], and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

  ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendants in the liquidated amount of $_____ with interest at \_\_\_\_\_ % from _____ plus costs and disbursements of this action in the amount of $1,334.50 amounting in all to $_____ _____.

Dated: New York, New York
   _____

                _____
                     U.S.D.J.

                This document was entered on the docket
                on _____.