# EXHIBIT B

**From:** Nicole Langer
**Sent:** Tuesday, November 26, 2019 3:22 PM
**To:** EddieL@lclaccountants.com
**Cc:** joannec@lclaccountants.com
**Subject:** Accounting records and bank login

Hi Eddie,

I hope you're doing well.

I've just mailed you a complete set of the Lorstan accounting records through October, 2019.

Also included in the package are the 2019 accounting records for our four rental companies. Our rental companies did not have activity prior to 2019.

The bank login and password for all four companies is:
Username: ▮▮▮▮▮▮▮▮
Password: ▮▮▮▮▮▮▮▮

I have attached the link to the log on page for your convenience.   All answers to security questions ▮▮▮▮▮▮▮▮
https://www.▮▮▮▮▮▮▮.com/


Nicole Langer
*Executive Assistant*
*Lorstan Pharmaceutical, LLC*
*5 River Road, Suite 211*
*Wilton, CT 06897*
*Office: (203) 323-8510*
*Cell: (203) 414-4918*
nicole.langer@lorstan.com

CONFIDENTIALITY NOTICE: This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this e-mail in error, please delete it from your system.