UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
JOHN STANISE, :
:
                    Plaintiff, :
: 20-cv-2769 (VSB)
        -against- :
: **ORDER**
:
VICTOR LORIA, :
:
                    Defendant. :
:
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/15/2020

<u>VERNON S. BRODERICK</u>, United States District Judge:

       On June 10, 2020, and June 12, 2020, I held a telephone conference in connection with (1) Defendant's motion to transfer venue, (Doc. 12); (2) Defendant's motion for a temporary restraining order and preliminary injunction, (Doc. 13); (3) Plaintiff's motion for a temporary restraining order and preliminary injunction, (Doc. 20); and (4) Plaintiff's application for a default judgment, (Doc. 30). For the reasons stated on the record, it is hereby:

       ORDERED that Defendant's motion to transfer venue, Defendant's motion for a temporary restraining order and preliminary injunction, and Plaintiff's motion for a temporary restraining order and preliminary injunction are DENIED. I decline to issue Plaintiff's proposed order to show cause, and the Clerk's Certificate of Default at Document 27 is hereby VACATED. The Clerk of Court is respectfully directed to terminate the motions at Documents 12, 13, and 20.

SO ORDERED.

Dated:    June 15, 2020
             New York, New York

                                              Vernon S. Broderick
                                              United States District Judge